1   TIMOTHY J. TOOHEY (SBN 140117)
    TToohey@GreenbergGlusker.com
2   GREENBERG GLUSKER FIELDS CLAMAN &
    MACHTINGER LLP
3   1900 Avenue of the Stars, 21st Floor
    Los Angeles, California  90067-4590
4   Telephone:  310.553.3610
    Fax:  310.553.0687
5
    Attorneys for Plaintiff
6   KATE SOMERVILLE SKINCARE, LLC

7   Adam C. Sherman (SB# 224979)
    Email:  acsherman@vorys.com
8   VORYS, SATER, SEYMOUR AND PEASE LLP
    301 East Fourth Street
9   Suite 3500, Great American Tower
    Cincinnati, Ohio  45202
10  Telephone:  (513) 723-4680
    Facsimile:  (513) 852-8468
11
    Attorneys for Plaintiff Kate Somerville Skincare,
12  LLC
    _____
13

14
                    UNITED STATES DISTRICT COURT
15
                  CENTRAL DISTRICT OF CALIFORNIA
16

17
    KATE SOMERVILLE SKINCARE,          Case No.
18  LLC,
                                        **COMPLAINT FOR DAMAGES,**
19              Plaintiff,              **INJUNCTIVE, AND OTHER**
                                        **RELIEF FOR VIOLATION OF**
20  v.                                  **15 USC § 1114, 15 USC § 1125(a),**
                                        **15 USC 1125(c), AND COMMON**
21  MW CONCEPTS INC.,                   **LAW TRADEMARK**
                                        **INFRINGEMENT**
22              Defendant.

23
                                        **DEMAND FOR JURY TRIAL**
24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  Plaintiff Kate Somerville Skincare, LLC, a California limited liability
2  company ("Plaintiff" or "Kate Somerville"), alleges as follows:

3  ## I.

4  ## PARTIES, JURISDICTION, AND VENUE

5  1.     Kate Somerville is a limited liability company, organized under the
6  laws of the State of California, with its principal place of business located in
7  Beverly Hills, California.

8  2.     On information and belief, Defendant MW Concepts Inc.
9  ("MW Concepts" or "Defendant") is a corporation, organized and existing under
10 the laws of Indiana, with its principal place of business in Westfield, Indiana.

11 ## II.

12 ## JURISDICTION AND VENUE

13 3.     This Court has subject matter jurisdiction over this matter pursuant to
14 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367.  Plaintiff's claims arise under
15 federal law and, to the extent they arise under state law, this Court has supplemental
16 jurisdiction.

17 4.     This court has personal jurisdiction over MW Concepts because it is
18 engaging in infringing activities against Kate Somerville, which it knows is located
19 in California.  *See, e.g., Amini Innovation Corp. v. JS Imps., Inc.*, 497 F. Supp. 2d
20 1093, 1106 (C.D. Cal. 2007) ("[f]ollowing *Columbia Pictures* and *Panavision*,
21 numerous courts within the Ninth Circuit have found specific jurisdiction in cases
22 where a plaintiff brings suit in its home forum against an out-of-state defendant,
23 alleging that the defendant engaged in infringing activities knowing that plaintiff
24 was located in the forum.").

25 5.     Further, this Court has personal jurisdiction over MW Concepts
26 because, on information and belief, it has sold or shipped infringing products to
27 buyers in California.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

### III.

### <u>VENUE</u>

6.     Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events and injury occurred in Los Angeles County, California, and, in the alternative, under § 1391(b)(3), as defendant is subject to personal jurisdiction in this district.

### IV.

### <u>FACTUAL ALLEGATIONS</u>

**A.     Kate Somerville & Its Trademarks**

7.     Kate Somerville uses advanced science and progressive ingredients for its luxury line of skincare products, which was developed by skin health expert Kate Somerville.

8.     Kate Somerville devotes a significant amount of time, energy, and resources toward protecting the value of its brand, products, name, and reputation. Kate Somerville distributes its products through specific trade channels, including, but not limited to, select internet websites, specific home shopping networks, and authorized retailers in the United States.   By limiting the distribution of its products, Kate Somerville is better able to control the quality and integrity of its product.  In the highly competitive skincare market, quality is a fundamental part of the consumer's decision to purchase a product.

9.     Kate Somerville has registered numerous trademarks with the United States Patent and Trademark Office with respect to its brand and products, including, but not limited to, KATE SOMERVILLE® (U.S. Trademark Registration Nos. 3,173,256 and 3,156,768), KATE SOMERVILLE SKIN HEALTH EXPERTS® (U.S. Trademark Registration No. 3,703,787), SKIN HEALTH EXPERTS MEDICAL CORPORATION® (U.S. Trademark Registration No. 3,788,851), SKIN HEALTH PYRAMID® (U.S. Trademark Registration No. 3,656,024), SOMERVILLE 360°® (U.S. Trademark Registration No. 4,024,490),

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

ERADIKATE® (U.S. Trademark Registration No. 4,793,264), and EXFOLIKATE® (U.S. Trademark Registration No. 3,551,281) (collectively, the "Kate Somerville Trademarks"), among others.

10.     The registration for each of the Kate Somerville Trademarks is valid, subsisting, and in full force and effect.  Further, pursuant to 15 U.S.C. § 1065, the Kate Somerville Trademarks serve as conclusive evidence of  Kate Somerville's ownership of the marks and of its exclusive rights to use the marks in commerce and in connection with the sale and distribution of Kate Somerville's products identified in the registrations, as provided by 15 U.S.C. § 1115(b).

11.     Kate Somerville actively uses and markets all of the Kate Somerville Trademarks in commerce.

12.     Due to the quality and exclusive distribution of Kate Somerville's products, and because Kate Somerville is recognized as the source of high quality products, the Kate Somerville Trademarks have enormous value.

**B.     Kate Somerville Production, Distribution, and Quality Control**

13.     Kate Somerville is the only entity authorized to use or license Kate Somerville Trademarks in the United States.

14.     Kate Somerville maintains an authorized distributor network ("Authorized Distributors") to sell its products in the United States and only Authorized Distributors are permitted to sell Kate Somerville products.

15.     Kate Somerville maintains quality control and product handling protocols for its products.

16.     Kate Somerville also provides customers who purchase Kate Somerville products from authorized sellers through an authorized distribution channel with a 30-day money back guarantee (the "Guarantee") to ensure that users of Kate Somerville's consumers are completely satisfied.

17.     The Guarantee does not apply to products purchased from unauthorized sellers or through unauthorized distribution channels.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

18. Furthermore, the packaging for Kate Somerville's products contains specific instructions for each product's use. If Kate Somerville's products are not used properly, the products are not as effective.

19. Certain Kate Somerville products also contain an essential expiration date, after which the product is significantly less effective.

**C.     The Sale of Kate Somerville Products on the Internet**

20. On information and belief, sometime prior to March 2016, the Defendant created a storefront on www.amazon.com ("Amazon") with the name "MW CONCEPTS INC.," through which the Defendant sold Kate Somerville products.

21. On March 6, 2016, Kate Somerville sent a cease and desist letter through Amazon's messaging system to "MW CONCEPTS INC." demanding removal of all Kate Somerville products. No products were removed.

22. On or about March 8, 2016, counsel for Defendant, without identifying Defendant, responded to the March 6, 2016 cease and desist letter, and denied the allegations contained letter.

23. Product was purchased from "MW CONCEPTS INC." on March 14, 2016, in order to identify the seller. The return address on the product's package was MW Concepts Inc., 430 Alpha Drive, Suite 300, Westfield, IN 46074.

24. Defendant, without authorization from Kate Somerville, sold products bearing the Kate Somerville Trademarks on the Internet, including on Amazon, and, on information and belief, through other channels.

25. The products Defendant sells on the Internet are not genuine Kate Somerville products because the products were not authorized for sale by Kate Somerville, were not sold under the quality control and product handling protocols, and were ineligible for the Guarantee.

26. As a result, by their unauthorized use of the Kate Somerville Trademarks, Defendant were misleading consumers into believing they were

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

purchasing products with the same quality controls and customer benefits as Kate Somerville products; in reality; however, the products sold by Defendant were materially different from genuine and authentic Kate Somerville products.

**D.   Kate Somerville has Suffered Significant Harm**

27.   Kate Somerville has suffered, and will continue to suffer, irreparable harm to its quality control procedures, the Kate Somerville Trademarks, and its goodwill based upon Defendant's actions.

28.   Defendant's conduct was knowing, intentional, willful, malicious, wanton, and contrary to law.

29.   Kate Somerville is entitled to injunctive relief because Defendant will continue to unlawfully sell Kate Somerville products, including by selling Kate Somerville products outside regular distribution channels, thus compromising quality control, and by selling products with the Kate Somerville Trademarks that are materially different than those offered for sale by Kate Somerville.  Defendant's ongoing illegal conduct has caused and will continue to cause irreparable harm to Kate Somerville's goodwill; and has caused and will continue to cause Kate Somerville and its distributors to lose business.

**FIRST CAUSE OF ACTION**

**Trademark Infringement - 15 U.S.C. §§ 1114 and 1125(a)(1)(a)**

30.   Kate Somerville re-alleges the allegations set forth in paragraphs 1-29 above.

31.   The Kate Somerville Trademarks are valid and subsisting trademarks in full force and effect.

32.   Defendant willfully and knowingly used the Kate Somerville Trademarks in commerce with the sale of products without the consent of Kate Somerville.

33.   The use of the Kate Somerville Trademarks in connection with the unauthorized sale of products by Defendant was likely to cause confusion, cause

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

mistake, or deceive because it suggested that the products offered for sale by Defendant were the same as the products legitimately bearing the Kate Somerville Trademarks, and originated from, or were sponsored, authorized, or otherwise connected with Kate Somerville.

34.    Defendant's unauthorized use of the Kate Somerville Trademarks has infringed and materially damaged the value of the Kate Somerville Trademarks.

35.    As a proximate result of Defendant's actions, Kate Somerville has suffered and will continue to suffer great damage to its business, good will, reputation, and profits.

36.    Kate Somerville has no adequate remedy at law for Defendant's infringement.  Unless Defendant is permanently enjoined, Kate Somerville will suffer irreparable harm.

37.    Pursuant to 15 U.S.C. § 1117(a), Kate Somerville is entitled to an award of attorneys' fees.

## SECOND CAUSE OF ACTION
### False Advertising - 15 U.S.C. § 1125(a)(1)(b)

38.    Kate Somerville re-alleges the allegations set forth in paragraphs 1-29 above.

39.    The Kate Somerville Trademarks are valid and subsisting trademarks in full force and effect.

40.    In their listings on the Internet, including but not limited to www.amazon.com, the Defendant willfully and knowingly used the Kate Somerville Trademarks in commerce with the sale and advertising of products without the consent of Kate Somerville.

41.    The use of the Kate Somerville Trademarks in connection with the unauthorized sale and advertising of products by Defendant was likely to cause confusion, cause mistake, or deceive because it suggested that the products offered

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

for sale were genuine and authentic products, and originated from, or were sponsored, authorized, or otherwise connected with Kate Somerville.

42.    Defendant's unauthorized and deceptive use of the Kate Somerville Trademarks in their Internet listings was material and likely to influence customers to purchase the product.

43.    As a result, Kate Somerville has suffered damages including, but not limited to, loss of sales for products and a loss of goodwill associated with its products.

44.    Pursuant to 15 U.S.C. § 1117(a), Kate Somerville is entitled to an award of attorneys' fees.

### THIRD CAUSE OF ACTION

### Unfair Competition - 15 U.S.C. 1125(a)

45.    Kate Somerville re-alleges the allegations set forth in paragraphs 1-29 above.

46.    The Kate Somerville Trademarks are valid and subsisting trademarks in full force and effect.

47.    Defendants willfully and knowingly used the Kate Somerville Trademarks in commerce with the sale and advertising of products without the consent of Kate Somerville.

48.    The use of the Kate Somerville Trademarks in connection with the unauthorized sale and advertising of products by Defendant was likely to cause confusion, cause mistake, or deceive an appreciable number of ordinarily prudent purchasers as to the affiliation, connection, association, sponsorship, or approval of Kate Somerville's products because it suggested that the products offered for sale by Defendant originated from, or were sponsored, authorized, or otherwise connected with Kate Somerville.

49.    Defendant's unauthorized sale of products bearing Kate Somerville Trademarks, and unauthorized use of Kate Somerville Trademarks in advertising,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    materially damaged the value of the Kate Somerville Trademarks and caused
2    significant damages to Kate Somerville's business relations.

3        50.    Defendant's unauthorized sale of products bearing Kate Somerville
4    Trademarks and unauthorized use of Kate Somerville Trademarks in advertising
5    infringed on the Kate Somerville Trademarks.

6        51.    As a result, Kate Somerville has suffered damages including, but not
7    limited to, loss of sales, trademark infringement, and damage to its existing and
8    potential business relations.

9        52.    Pursuant to 15 U.S.C. § 1117(a), Kate Somerville is entitled to an
10   award of attorneys' fees.

## FOURTH CAUSE OF ACTION

### Trademark Dilution - U.S.C. § 1125(c)

13       53.    Kate Somerville re-alleges the allegations set forth in paragraphs 1-29
14   above.

15       54.    The Kate Somerville Trademarks are valid and subsisting trademarks
16   in full force and effect.

17       55.    Kate Somerville is the owner of the Kate Somerville Trademarks,
18   which are distinctive and widely recognized by the consuming public.   Kate
19   Somerville products are sold and purchased exclusively through its Authorized
20   Distributors.

21       56.    Kate Somerville is widely recognized by the general public as the
22   designated source of goods bearing the Kate Somerville Trademarks.

23       57.    Defendant's willful use of the Kate Somerville Trademarks in
24   connection with the unauthorized and illegal sale of their products diluted the Kate
25   Somerville Trademarks because the products sold by Defendant were not, in fact,
26   genuine and authentic Kate Somerville products.

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

58.     As a result of Defendant's unlawful actions, the reputation and goodwill associated with the Kate Somerville Trademarks were harmed and Kate Somerville suffered immediate and irreparable injury.

59.     Further, Kate Somerville has suffered damages including, but not limited to, loss of sales, trademark infringement, and damage to its existing and potential business relations.

60.     Pursuant to 15 U.S.C. § 1117(a), Kate Somerville is entitled to an award of attorneys' fees.

## FIFTH CAUSE OF ACTION

### Common Law Trademark Infringement

61.     Kate Somerville re-alleges the allegations set forth in paragraphs 1-29 above, and incorporates each allegation herein by reference.

62.     The Kate Somerville Trademarks are valid and subsisting trademarks in full force and effect.

63.     Kate Somerville is the owner of the Kate Somerville Trademarks, which are distinctive and widely recognized marks by the consuming public. Kate Somerville products are sold and purchased through its Authorized Distributors throughout the United States, including California.

64.     Kate Somerville is widely recognized as the designated source of goods bearing the Kate Somerville Trademarks.

65.     Defendant's knowing and willful use of the Kate Somerville Trademarks in connection with the unauthorized and illegal sale of their products without Kate Somerville's consent infringed the Kate Somerville Trademarks. This infringement includes selling "Kate Somerville products" that were materially different from genuine and authentic Kate Somerville products because, among other reasons, the products sold by Defendant did not have the same quality control procedures and product handling protocols as authentic Kate Somerville products and consumers did not receive the warranties that Kate Somerville offers its

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

customers who purchase Kate Somerville products from authorized sellers through authorized chains of distribution.

66.     The Kate Somerville products sold by Defendant were not, in fact, genuine and authentic Kate Somerville products.

67.     As a result of Defendant's unlawful actions, the reputation of the Kate Somerville Trademarks was harmed and Kate Somerville suffered immediate and irreparable injury.

68.     As a result, Kate Somerville has suffered damages including, but not limited to, loss of sales for products and a loss of goodwill associated with its products.

## **PRAYER FOR RELIEF**

WHEREFORE, Kate Somerville prays for relief and judgment as follows:

A.     Judgment in favor of Kate Somerville and against Defendant in an amount to be determined at trial including, but not limited to, compensatory damages, statutory damages, treble damages, restitution, including disgorgement of profits, punitive damages, and pre-judgment and post-judgment interest, as permitted by law;

B.     Preliminary and permanent injunctions that issue enjoining Defendant and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, any and all other entities owned or controlled by Defendant, and all of those in active concert and participation with Defendant (the "Enjoined Parties") as follows:

        i)     Prohibiting the Enjoined Parties from advertising or selling, via the Internet or otherwise, all Kate Somerville products,

       ii)     Prohibiting the Enjoined Parties from using any of the Kate Somerville Trademarks in any manner, including advertising on the Internet,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

iii) Prohibiting the Enjoined Parties from importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all Kate Somerville products as well as any products bearing any of the Kate Somerville Trademarks,

iv) Prohibiting the Enjoined Parties from disposing of, destroying, altering, moving, removing, concealing, or tampering with any records related to any products sold by them which contain the Kate Somerville Trademarks including: invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other records that would reflect the source of the products that Defendant has sold bearing these trademarks,

v) Requiring the Enjoined Parties to take all action to remove from the Enjoined Parties' websites any reference to any of Kate Somerville's products, or any of the Kate Somerville Trademarks,

vi) Requiring the Enjoined Parties to take all action, including but not limited to, requesting removal from the Internet search engines (such as Google, Yahoo!, and Bing), to remove from the Internet any of the Kate Somerville Trademarks which associate Kate Somerville's products or the Kate Somerville Trademarks with the Enjoined Parties or the Enjoined Parties' website,

vii) Requiring the Enjoined Parties to take all action to remove the Kate Somerville Trademarks from the Internet, including from the websites www.eBay.com and www.amazon.com; and

C. An award of attorneys' fees, costs, and expenses.

1         D.    Such other and further relief as the Court deems just, equitable and

2    proper.

3

4    DATED:  May 3, 2016         GREENBERG GLUSKER FIELDS

5                           CLAMAN & MACHTINGER LLP

6

7                           By:/s/ Timothy J. Toohey

8                             TIMOTHY J. TOOHEY (SBN 140117)
                         Attorneys for Plaintiff KATE
                         SOMERVILLE SKINCARE, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## **JURY DEMAND**

Plaintiff Kate Somerville demands trial by jury of all issues so triable.

DATED:  May 3, 2016                    GREENBERG GLUSKER FIELDS
                                       CLAMAN & MACHTINGER LLP


By:/s/ Timothy J. Toohey
    TIMOTHY J. TOOHEY (SBN 140117)
    Attorneys for Plaintiff KATE
    SOMERVILLE SKINCARE, LLC

48418-00001/2580197.1                    14                         COMPLAINT